**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NAJIB A. HODGE, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> HOME DEPOT; UNKNOWN PARTIES, <br><br> Defendants - Appellees. | No. 24-6225 <br><br> D.C. No. 2:24-cv-02171-JJT <br><br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
John Joseph Tuchi, District Judge, Presiding

Submitted March 16, 2026[**]

Before:     SILVERMAN, NGUYEN, and HURWITZ, Circuit Judges.

Najib A. Hodge appeals pro se from the district court's order dismissing his

action alleging race discrimination under 42 U.S.C. § 2000a.  We have jurisdiction

under 28 U.S.C. § 1291.  We affirm.

Because Hodge does not challenge the district court's grounds for dismissal

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of his action in his opening brief, we do not consider that decision.  *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (explaining that "we will not consider any claims that were not actually argued in appellant's opening brief"); *Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993) (explaining that issues not supported by argument in pro se appellant's opening brief are deemed abandoned).

We reject as unsupported by the record Hodge's contentions that the district judge was biased and should have recused himself.

All pending motions and requests are denied.

**AFFIRMED.**